IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAYSHAN WATLEY : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:06-cv-00794 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| TERRY COLLINS, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

      Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . In sum, plaintiff's motion to proceed in forma pauperis is hereby DENIED under 28 U.S.C. § 1915(g).  Plaintiff is assessed the full filing fee of $350.00.  The Court hereby DISMISSES plaintiff's complaint without prejudice for his failure to exhaust his administrative remedies.

   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Court's Order would not be taken in good faith.

11/28/06                                                                  James Bonini, Clerk

                                                                         s/Kevin Moser
                                                                         Deputy Clerk